**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **T.** | **Morgan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number **19-10165**
(if known)

☐ Check if this is an
    amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended
schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  | Your assets
Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... | **$33,601.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................................ | **$6,005.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B..................................................................... | **$39,606.00** |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities
Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$171,298.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$29,991.00** |
| **Your total liabilities** | **$201,289.00** |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I............................................................... | **$2,198.66** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J...................................................................... | **$2,162.00** |

Debtor 1  **Craig T. Morgan** _____  Case number (if known)  **19-10165** _____

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.  |  **$1,571.26**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | **Total claim** |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | $0.00 |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d.  Student loans.  (Copy line 6f.) | $0.00 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g.  **Total.**  Add lines 9a through 9f. | $0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1     **Craig**          **T.**          **Morgan**
             First Name         Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name     Last Name

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number     **19-10165**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**5533 Georgetown**
Street address, if available, or other description

**Baton Rouge      LA      70808**
City              State    ZIP Code

County

**5533 Georgetown, Baton Rouge, LA house is community property worth $238,000.00 minus liens of $171.298.00. Total equity is $67,202. Debtor's interest is $33,601.00**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**         **Current value of the portion you own?**

$238,500.00                                        $33,601.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Home Ownership**

☑ **Check if this is community property**
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................** ➔ | $33,601.00 |

## Part 2:     Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor 1    **Craig T. Morgan**                                   Case number (if known)   **19-10165**

3.1.
Make:                    **Mack**

Model:                   **Truck**

Year:                    **1999**

Approximate mileage: _____

Other information:

**1999 Mack Truck - not running, needs new "rear-end"**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2.  Write that number here........................................................→  | $3,500.00 |

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe.....   **See continuation page(s).**                                   $1,780.00

7.   **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe.....   **See continuation page(s).**                                   $375.00

8.   **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe.....

9.   **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe.....

10.  **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe.....

11.  **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....   **See continuation page(s).**                                   $250.00

Debtor 1    __Craig T. Morgan_____        Case number (if known)  __19-10165_____

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No

☐ Yes. Describe.....                                                                                        _____

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe.....                                                                                        _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific
information.............                                                                                     _____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have
attached for Part 3. Write the number here.............................................................................➔  | $2,405.00 |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes................................................................................................................ Cash: ...........................  _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................          Institution name:

| | 17.1. | Checking account: | **Regions Bank, #8498** | Unknown |
| | 17.2. | Checking account: | **Regions Bank, #2392** | Unknown |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes...........................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
information about
them...........................    Name of entity:                              % of ownership:

Debtor 1    **Craig T. Morgan** _____    Case number (if known) __**19-10165**__

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific
       information about
       them........................ Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
               profit-sharing plans

    ☒ No
    ☐ Yes. List each
       account separately.    Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☒ No
    ☐ Yes........................... Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes........................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
    **powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific                                                          _____
       information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific                                                          _____
       information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific                                                          _____
       information about them

**Money or property owed to you?**                                          **Current value of the**
                                                                            **portion you own?**
                                                                            Do not deduct secured
                                                                            claims or exemptions.

28. **Tax refunds owed to you**

    ☒ No
    ☐ Yes. Give specific information                          Federal: _____
       about them, including whether
       you already filed the returns                         State: _____
       and the tax years....................
                                                             Local: _____

Debtor 1    **Craig T. Morgan**                                    Case number (if known)    **19-10165**

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes.  Give specific information                              Alimony:              _____

                                                                  Maintenance:          _____

                                                                  Support:              _____

                                                                  Divorce settlement:   _____

                                                                  Property settlement:  _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
    compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes.  Give specific information                                                    _____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes.  Name the insurance
    company of each policy
    and list its value................    Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☑ No
    ☐ Yes.  Give specific information                                                    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim........                                                  _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
    rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........                                                  _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information                                                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attached for Part 4. Write that number here**......................................................................➔  | $0.00 |

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

Debtor 1    **Craig T. Morgan** _____    Case number (if known)  **19-10165**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                                    _____

39. **Office equipment, furnishings, and supplies**
    _Examples:_ Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                                    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                                    _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                                                    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes.  Describe.....                                                                            _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5.  Write that number here.......................................................................................... ➔ | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    _Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                                              _____

Debtor 1    **Craig T. Morgan** _____    Case number (if known)  **19-10165** _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................    _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....    _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....    _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................    _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have**
**attached for Part 6.  Write that number here................................................................................** ➔  | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
_Examples:_ Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.
    **Lawnmower** _____    | **$100.00** |

**54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔  | **$100.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55. Part 1: Total real estate, line 2.................................................................................................** ➔    **$33,601.00**

**56. Part 2: Total vehicles, line 5**    **$3,500.00**

**57. Part 3: Total personal and household items, line 15**    **$2,405.00**

**58. Part 4: Total financial assets, line 36**    **$0.00**

**59. Part 5: Total business-related property, line 45**    **$0.00**

**60. Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

**61. Part 7: Total other property not listed, line 54**    +    **$100.00**

**62. Total personal property.**    Add lines 56 through 61.................    | **$6,005.00** |   Copy personal    ➔    +    **$6,005.00**
property total

**63. Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................    | **$39,606.00** |

Debtor 1    **Craig T. Morgan**                                          Case number (if known)   **19-10165**

6.   <u>**Household goods and furnishings (details):**</u>

   **Microwave**                                                                                    **$50.00**

   **Pots, Pans**                                                                                   **$40.00**

   **Dishes, Utensils**                                                                             **$40.00**

   **Refrigerator**                                                                                 **$400.00**

   **Stove**                                                                                        **$100.00**

   **Washer/Dryer**                                                                                 **$300.00**

   **Dishwasher**                                                                                   **$100.00**

   **Sofa**                                                                                         **$200.00**

   **Loveseat**                                                                                     **$100.00**

   **Beds**                                                                                         **$300.00**

   **Dressers**                                                                                     **$150.00**

7.   <u>**Electronics (details):**</u>

   **70 inch TV - 3 years old**                                                                     **$200.00**

   **60 inch TV - 3 years old**                                                                     **$175.00**

11.  <u>**Clothes (details):**</u>

   **Men's Clothing**                                                                               **$100.00**

   **Children's Clothing**                                                                          **$150.00**

---

**Fill in this information to identify your case:**

Debtor 1          **Craig**              **T.**              **Morgan**
                  First Name           Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name         Middle Name         Last Name

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number      **19-10165**
(if known)

☐ Check if this is an
   amended filing

---

Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of      *Part 2: Additional Page*     as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

### Part 1:     Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**5533 Georgetown, Baton Rouge, LA house is community property worth $238,000.00 minus liens of $171.298.00. Total equity is $67,202. Debtor's interest is $33,601.00**<br>Line from *Schedule A/B*:    **1.1** | **$33,601.00** | ☑    **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **La. Const. Art. 12, § 9; La. Rev. Stat. § 20:1** |
| Brief description:<br>**Microwave**<br><br>Line from *Schedule A/B*:    **6** | **$50.00** | ☑    **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

---

| Debtor 1 | **Craig T. Morgan** | Case number (if known) | **19-10165** |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Pots, Pans** <br><br> Line from *Schedule A/B*: __6__ | **$40.00** | ☑ **$40.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Dishes, Utensils** <br><br> Line from *Schedule A/B*: __6__ | **$40.00** | ☑ **$40.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Refrigerator** <br><br> Line from *Schedule A/B*: __6__ | **$400.00** | ☑ **$400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Stove** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Washer/Dryer** <br><br> Line from *Schedule A/B*: __6__ | **$300.00** | ☑ **$300.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Dishwasher** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Sofa** <br><br> Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Loveseat** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description: **Beds** <br><br> Line from *Schedule A/B*: __6__ | **$300.00** | ☑ **$300.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |

Debtor 1    **Craig T. Morgan** _____    Case number (if known)    **19-10165**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Dressers**<br><br>Line from *Schedule A/B*:    **6** | **$150.00** | ☑    **$150.00**<br>☐    100% of fair market value, up to any applicable statutory limit | **La. R. S. § 13:3881(A)(4)** |
| Brief description:<br>**Men's Clothing**<br><br>Line from *Schedule A/B*:    **11** | **$100.00** | ☑    **$100.00**<br>☐    100% of fair market value, up to any applicable statutory limit | **La. R. S. § 13:3881(A)(4)** |
| Brief description:<br>**Children's Clothing**<br><br>Line from *Schedule A/B*:    **11** | **$150.00** | ☑    **$150.00**<br>☐    100% of fair market value, up to any applicable statutory limit | **La. R. S. § 13:3881(A)(4)** |

**Fill in this information to identify your case:**

Debtor 1 __Craig__ __T.__ __Morgan__
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF LOUISIANA__

Case number __19-10165__
(if known)

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**USAA Savings Bank**
Creditor's name
**8950 Cypress Waters Blvd., #B**
Number   Street

**Coppell     TX   75019**
City     State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred __10/2013__

**Describe the property that secures the claim:**
**5533 Georgetown, Baton Rouge, LA**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Home Mortgage**

Last 4 digits of account number ___ ___ ___ ___

Column A: **$171,298.00**   Column B: **$33,601.00**   Column C: **$137,697.00**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$171,298.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$171,298.00**

**Fill in this information to identify your case:**

Debtor 1     __Craig__          __T.__           __Morgan__
             First Name         Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF LOUISIANA__

Case number    __19-10165__
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

Priority Creditor's Name _____

Number     Street _____

_____

_____

City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1    **Craig T. Morgan**                                          Case number (if known)    **19-10165**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| Total claim |
|---|

---

| 4.1 | | | **$3,371.00** |

**Downs, Saffiotti & Boudreaux**
Nonpriority Creditor's Name
**10744 Linkwood Court**
Number        Street

**Baton Rouge        LA      70810**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    **12/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Consumer Debt**

---

| 4.2 | | | **$840.00** |

**Our Lady of the Lake**
Nonpriority Creditor's Name
**P.O. Box 14790**
Number        Street

**Baton Rouge        LA      70898-4790**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    **2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical Bill**

---

| Debtor 1 | **Craig T. Morgan** | Case number (if known) | **19-10165** |

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

**$7,497.00**

**Regions Bank**
Nonpriority Creditor's Name
**P. O. Box 216**
Number       Street

**Birmingham          AL      35201**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __  __ __  __ __  __ __
**When was the debt incurred?**    **1/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Credit Card**

**4.4**

**$18,283.00**

**USAA Savings Bank**
Nonpriority Creditor's Name
**P.O. Box 65020**
Number       Street

**San Antonio          TX      78265**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __  __ __  __ __  __ __
**When was the debt incurred?**    **11/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Credit Card**

Debtor 1    **Craig T. Morgan** _____    Case number (if known)   **19-10165**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

**Mr. Cooper**
Name
**Correspondence**
Number        Street
**P. O. Box 619096**

**Dallas**              **TX**     **75261-9741**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __


**NationStar Mortgage**
Name
**P.O. Box 619096**
Number        Street

**Dallas**              **TX**     **75265**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Home Mortgage**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __


**Nationstar Mortgage LLC**
Name
**Attn: Customer Service**
Number        Street
**8950 Cypress Waters Blvd**

**Coppell**             **TX**     **75019**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Home Mortgage**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __


**U.S. Dept of Veterans Affairs**
Name
**Regional Office, Roanoke RLC**
Number        Street
**210 Franklin Road, SW**

**Roanoke**             **VA**     **24011**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

Debtor 1    **Craig T. Morgan**                                        Case number (if known)    **19-10165**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
   28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $29,991.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $29,991.00 |

**Fill in this information to identify your case:**

Debtor 1 <u>**Craig**</u>     <u>**T.**</u>     <u>**Morgan**</u>
        First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number <u>**19-10165**</u>
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **T.** | **Morgan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number **19-10165**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live? **Louisiana** Fill in the name and current address of that person.

   **Schielanda Chevis**
   Name of your spouse, former spouse, or legal equivalent
   **Magna Carter Street**
   Number        Street

   **Baton Rouge**                                **LA**
   City                              State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

Debtor 1    **Craig**            **T.**              **Morgan**
            First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF LOUISIANA**

Case number    **19-10165**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Truck Driver** | |
| **Employer's name** | **Double K Trucking** | |
| **Employer's address** | **6810 Joor Road**<br>Number  Street | Number  Street |
| | | |
| | **Baton Rouge    LA   70811**<br>City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | **3 months** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$2,305.33** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. **$2,305.33** | |

Debtor 1    **Craig T. Morgan**                                                Case number (if known)  **19-10165**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here .................................................................➔ 4.    **$2,305.33**

5.  **List all payroll deductions:**

5a.  **Tax, Medicare, and Social Security deductions**    5a.   **$242.67**

5b.  **Mandatory contributions for retirement plans**    5b.   **$0.00**

5c.  **Voluntary contributions for retirement plans**    5c.   **$0.00**

5d.  **Required repayments of retirement fund loans**    5d.   **$0.00**

5e.  **Insurance**    5e.   **$0.00**

5f.  **Domestic support obligations**    5f.   **$0.00**

5g.  **Union dues**    5g.   **$0.00**

5h.  **Other deductions.**
Specify: _____    5h.**+**   **$0.00**

6.  **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    **$242.67**

7.  **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.    **$2,062.66**

8.  **List all other income regularly received:**

8a.  **Net income from rental property and from operating a business, profession, or farm**    8a.    **$0.00**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b.  **Interest and dividends**    8b.    **$0.00**

8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c.    **$0.00**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d.  **Unemployment compensation**    8d.    **$0.00**

8e.  **Social Security**    8e.    **$0.00**

8f.  **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: **VA Disability**    8f.    **$136.00**

8g.  **Pension or retirement income**    8g.    **$0.00**

8h.  **Other monthly income.**
Specify: _____    8h.**+**   **$0.00**

9.  **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    **$136.00**

10.  **Calculate monthly income.**    Add line 7 + line 9.    10.    **$2,198.66**  **+** _____  **=**  **$2,198.66**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  **+**    **$0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.**    The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$2,198.66**
**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    **Craig**          **T.**              **Morgan**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF LOUISIANA**

Case number    **19-10165**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

  _____
  MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**                    ☐ No

    Do not list Debtor 1 and       ☑ Yes. Fill out this information
    Debtor 2.                            for each dependent..................

    Do not state the dependents'
    names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Son | 13 | ☐ No  ☑ Yes |
| | Son | 10 | ☐ No  ☑ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include**         ☑ No
    **expenses of people other than**     ☐ Yes
    **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4.  **The rental or home ownership expenses for your residence.**          4. _____
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.  Real estate taxes                                                 4a. _____

    4b.  Property, homeowner's, or renter's insurance                      4b. _____

    4c.  Home maintenance, repair, and upkeep expenses                     4c. _____

    4d.  Homeowner's association or condominium dues                       4d. _____

Debtor 1    **Craig T. Morgan**                                                            Case number (if known)    **19-10165**

**Your expenses**

5.  **Additional mortgage payments for your residence,** such as home equity loans        5.    _____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas                                              6a.    _____ **$285.00**

    6b.  Water, sewer, garbage collection                                          6b.    _____ **$100.00**

    6c.  Telephone, cell phone, Internet, satellite, and                          6c.    _____ **$250.00**
        cable services

    6d.  Other.  Specify: _____                             6d.    _____

7.  **Food and housekeeping supplies**                                                     7.    _____ **$550.00**

8.  **Childcare and children's education costs**                                           8.    _____ **$100.00**

9.  **Clothing, laundry, and dry cleaning**                                                9.    _____ **$185.00**

10.  **Personal care products and services**                                              10.    _____ **$100.00**

11.  **Medical and dental expenses**                                                      11.    _____ **$20.00**

12.  **Transportation.**  Include gas, maintenance, bus or train                          12.    _____ **$200.00**
     fare.  Do not include car payments.

13.  **Entertainment, clubs, recreation, newspapers,**                                    13.    _____
     **magazines, and books**

14.  **Charitable contributions and religious donations**                                 14.    _____

15.  **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance                                                            15a.    _____ **$142.00**

    15b.  Health insurance                                                          15b.    _____

    15c.  Vehicle insurance                                                         15c.    _____ **$50.00**

    15d.  Other insurance.  Specify: _____                          15d.    _____

16.  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                        16.    _____

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1                                                17a.    _____

    17b.  Car payments for Vehicle 2                                                17b.    _____

    17c.  Other.  Specify: _____                            17c.    _____

    17d.  Other.  Specify: _____                            17d.    _____

18.  **Your payments of alimony, maintenance, and support that you did not report as**     18.    _____
     **deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**

19.  **Other payments you make to support others who do not live with you.**              19.    _____
     Specify: _____

Debtor 1   **Craig T. Morgan** _____     Case number (if known)   **19-10165**

**20.   Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property                                           20a.   _____

20b.   Real estate taxes                                                     20b.   _____

20c.   Property, homeowner's, or renter's insurance                         20c.   _____

20d.   Maintenance, repair, and upkeep expenses                             20d.   _____

20e.   Homeowner's association or condominium dues                          20e.   _____

**21.   Other.**   Specify:   **See continuation sheet** _____     21.   +_____**$180.00**

**22.   Calculate your monthly expenses.**

22a.   Add lines 4 through 21.                                              22a.   **$2,162.00**

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   _____

22c.   Add line 22a and 22b.  The result is your monthly expenses.         22c.   **$2,162.00**

**23.   Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.        23a.   **$2,198.66**

23b.   Copy your monthly expenses from line 22c above.                     23b.   −**$2,162.00**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                     23c.   **$36.66**

**24.   Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here:
**None.**

Debtor 1    **Craig T. Morgan**          Case number (if known)   **19-10165**

**21.** **Other.  Specify:**

| | |
|---|---|
| **School Lunch** | **$100.00** |
| **Hair Cuts** | **$80.00** |
| **Total:** | **$180.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **T.** | **Morgan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number **19-10165**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Craig T. Morgan** _____
Craig T. Morgan, Debtor 1

X _____
Signature of Debtor 2

Date **02/14/2019** _____
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **T.** | **Morgan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF LOUISIANA** | | |
| Case number (if known) | **19-10165** | | |

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Craig T. Morgan**                                    Case number (if known)    **19-10165**

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$2,297.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$43,141.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$18,096.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **VA Disability** | **$272.00** | | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | | | | |

Debtor 1   **Craig T. Morgan**  _____   Case number (if known) __19-10165__

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
_Insiders_ include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    **Craig T. Morgan**                                                   Case number (if known)   **19-10165**

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

---

| **Part 5:** | **List Certain Gifts and Contributions** |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift or contribution.

---

| **Part 6:** | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes.  Fill in the details.

---

Debtor 1    **Craig T. Morgan**                                      Case number (if known)  **19-10165**

| **Part 7:** | **List Certain Payments or Transfers** |

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Elizabeth L. Hall** <br> Person Who Was Paid |  |  |  |
| **503 Government St.** <br> Number    Street |  | **02/13/2019** | **$523.00** |
| **Baton Rouge**          **LA**    **70802** <br> City                              State    ZIP Code |  |  |  |
| Email or website address |  |  |  |
| Person Who Made the Payment, if Not You |  |  |  |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1   **Craig T. Morgan** _____   Case number (if known)   **19-10165**

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☑ No
   ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ☑ No
   ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
   ☑ No
   ☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☐ No
   ☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Velma Hearse** <br> Owner's Name | | **1999 Toyota Avalon** | |
| **1409 Cleary Avenue** <br> Number    Street | **5533 Georgetown** <br> Number    Street | | |
| | | | |
| **Metairie**        **LA** <br> City                State   ZIP Code | **Baton Rouge**        **LA** <br> City                State   ZIP Code | | |

Debtor 1     __Craig T. Morgan_____     Case number (if known) __19-10165__

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

   ☑ No
   ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

   ☑ No
   ☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   ☐ A partner in a partnership
   ☐ An officer, director, or managing executive of a corporation
   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No.  None of the above applies.  Go to Part 12.
   ☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| __Bull Dawg's Trucking_____<br>Business Name | Describe the nature of the business<br>trucking | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| __5533 Georgetown_____<br>Number       Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | |
| _____ | | **Dates business existed** |
| __Baton Rouge_____ __La____<br>City                      State   ZIP Code | | From __2010__   To __2018__ |

Debtor 1    **Craig T. Morgan** _____     Case number (if known)   **19-10165** _____

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Craig T. Morgan** _____     X _____
　　Craig T. Morgan, Debtor 1                          　Signature of Debtor 2

　　Date    **02/14/2019** _____                  　Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____     Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **T.** | **Morgan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number **19-10165**
(if known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **USAA Savings Bank** | ☑ Surrender the property. <br> ☐ Retain the property and redeem it. | ☐ No <br> ☐ Yes |
| Description of property securing debt: **5533 Georgetown, Baton Rouge, LA** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| **None.** | |

Debtor 1    **Craig T. Morgan** _____    Case number (if known)   **19-10165** _____

---

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

**X** **/s/ Craig T. Morgan** _____    **X** _____
Craig T. Morgan, Debtor 1                                             Signature of Debtor 2

Date   **02/14/2019** _____               Date _____
       MM / DD / YYYY                                              MM / DD / YYYY

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

In re  **Craig T. Morgan**                                      Case No.   **19-10165**

                                                               Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept............................................................... **$523.00**
>
> Prior to the filing of this statement I have received........................................................ **$523.00**
>
> Balance Due............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/14/2019 | /s/ Elizabeth L. Hall | |
| --- | --- | --- |
| *Date* | *Elizabeth L. Hall* | Bar No.  01396 |
| | Elizabeth L. Hall | |
| | 3622 Government Street | |
| | Baton Rouge, LA  70806 | |
| | Phone: (225) 387-1208 / Fax: (225) 387-1239 | |

---

  /s/ Craig T. Morgan

**Craig T. Morgan**